# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Casey Daniel Bell | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No.  0:12-cv-00829-JMC |
| | ) | |
| Director Byars; Valerie Nesbitt; Bernard MacKey; Diane Hingle, | ) | |
| *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Casey Daniel Bell, shall take nothing of the defendants; Director Byars, Valerie Nesbitt, Bernard MacKey and Diane Hingle; from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  June 13, 2012                                             *CLERK OF COURT*

                                                                s/A. Buckingham
                                                        *Signature of Clerk or Deputy Clerk*